Middle District of Florida
Jacksonville Division

RAW

RECEIVED
SANTA ROSA C.I. ON
JUL 18 2019
FOR MAILING BY

Richard A. Washington #J02349    (Petitioner)

v.

U.S. Magistrate Judge    3:19-CV-859-J-32JRK
Hope Thai Cannon
~~An~~ Northern District Court    case #:
Pensacola Division
~~Plaintiff~~ (Defendant)

2019 JUL 23 PM 12:46
FILED

Motion of complaint That The
Magistrate Judge Wont Apply The Law
Surrounding default Judgment in holding
A legal Profesional To A Signed legally
binding contract

Nature of Motion: On 4.25.19 in case #3:18
CV-1333-LC-HTC A Notice of Appearance (Doc.#32)
Was Filed by Attorny Jeffery R. Lawley
On behalf of The Defendants then by court
order Filed 3 Waiver of The Service of
Summons (Doc.# 34, 35, and 36) on 5.8.19. The
Defence Representation Also Signed And
dated That he understand That if he did
Not File A Responce To the 3rd Amended com-
plaint With in 60 Days from 4.15.19 or
he and or the entity he Represents Will
be held in default Judgment The 60th
day Expired 6.13.19 on June 26th 2019
I Filed A Motion Seeking An order of default
Judgment (Doc. 43) on June 18th 2018 the clerk

Pg. #1 of 4

Without any Request of the Parties or the court Reset The 60 Day from June 13th, 2019 to July 8th 2019 (Doc. 44) on 7·2·19 The Order Denying Default Judgment (Doc. 45) The court States in the Order that The deadline Was Reset in error and that it would be unfair to hold the legal professional to the contract and Also Stated that A Responce Was Also Filed by the Defence that The plantiff has Never Recieved. Also on 7·8·19 The plantiff Filed A Motion Appealing order of denial of the Motion for default Judgment The court on 7·12·19 in (Doc. 48) Treated The Motion Appealing the Order of denial as a Motion to Reconsider and Again denied The Request to Enter the default Judgment saying that even if they Granted the default Judgment it would be vacated based on excusable Neglect Again there Were No Motions Filed by the defence that Was ~~Filed~~ Sent to the Plaintiff Sense (Doc. 32, 34, 35, And 36) and the Institutional Incoming Mail Log Will Prove this Fact. Also on July 10th 2019 I Filed A Secound Motion for default Judgment Applied to The July 8th date because I have Not Seen the Responce to the 3rd Amended Complaint I Also Filed A corrective Motion Certifying my Objection to the denial of The First Motion for default Judgment for the Purpose of Appeal in Short the Court is litigating the Defence case for them Granting UnRequested extentions

Pg. # 2 of 4

Not enforcing Fed. R. Civil P. Not Enforcing
Issues of Ethics on part of The Legal
Professionals Signature in Agreement to
to the order of default Judgment
Further In the combined order (Doc. 49)
Filed 7-12-19 The courts are Suggesting
That the 11th circuit 1) Dont Adhere to The
Federal Rules of civil Procedures and, 2)
holding legal Professionals to legally binding
contracts

Relief Sought: hold The Legal Professional
To there Signature Agreeing to The default
Judgment for Not Filing A Responce and
Reverse the order of denial of the
Request for default Judgment or what
ever Laws are applicable to This Motion
and Request

                    Richard A. Washington # J023419
                         Signature              D.C. #

          Santa Rosa correctional Insts 5850 E. Milton Rd.
                       Mailing Adress

                    Milton  Florida  32683
                     City     State     ZIP

                    pg. # 3 of 4

## Certificate of Service

I hereby certify That a true and correct copy of the foregoing Motion of complaint has been furnished by Regular U. S. Mail to The U. S. District Court Middle District of Florida Jacksonville Division At 300 North Hogan Street, Jacksonville Florida 32202 This 18th day of July 2019

7-18-19
Date

Richard A. Washington
Signature

pg. # 4 of 4